O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN PICKS-1 LLC, | ) Case No. CV 16-00049 DDP (AJWx) |
| Plaintiff, | ) **ORDER REMANDING CASE FOR LACK OF** |
| v. | ) **SUBJECT MATTER JURISDICTION** |
| MARLON T. SEGOVIA, | ) |
| Defendants. | ) |

Plaintiff filed an unlawful detainer complaint against Defendant in California state court on October 21, 2015, according to Defendant. Defendant removed the action to this Court on January 4, 2016, on the basis of federal question jurisdiction citing numerous federal statutes, including bankruptcy statutes. It appears, however, that there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and no diversity jurisdiction is alleged by Defendant. Defendant's bankruptcy has been closed and dismissed since October 23, 2015.

District courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Though Defendant asserts a

federal defense, "[u]nder the longstanding well-pleaded complaint rule, . . . a suit 'arises under' federal law only when the plaintiff's statement of his own cause of action shows that it is based upon federal law." Vaden v. Discover Bank, 556 U.S. 49, 60 (2009) (quotation, citation, and alteration omitted). "Federal law" cannot be predicated on a defense or counterclaim. Id. Defenses based on federal law are, therefore, insufficient to create federal jurisdiction. See HSBC Bank USA v. Santiago, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).

    This court lacks subject matter jurisdiction over Plaintiff's complaint, and therefore REMANDS this case to state court.

IT IS SO ORDERED.

Dated: 1/27/16

DEAN D. PREGERSON
United States District Judge